Todd M. Friedman, Esq. (SBN 216752)
Arvin Ratanavongse, Esq. (SBN 257619)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 310-776-6657
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Aratanavongse@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDEE MCNALLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> SEVENTH AVENUE, INC.; AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM, <br><br> Defendants. | Case No. **8:16-cv-01177-CJC-JC** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE FOR THE CLASS CLAIMS** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, or filed a motion to dismiss.

Accordingly, this matter may be dismissed with prejudice as to the individual claims and without prejudice as to the putative class claims and without an Order of the Court.

Dated: August 16, 2016        **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                         By:    /s/ Todd M. Friedman_____
                               Todd M. Friedman, Esq.
                               Arvin Ratanavongse, Esq.
                               Attorney for Plaintiff

Filed electronically on this 16th day of August, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 16th day of August, 2016, via the ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

And served via mail to:

Abraham J. Colman
Raymond Y. Kim
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angles, CA 90071

This 16th day of August, 2016,

By: /s/ Todd M. Friedman_____
       Todd M. Friedman, Esq.
        Attorney for Plaintiffs